FREDERICK OSANN, etc., Respondent, v. JOSEPH W. JONES, Appellant.—

---

* See App. Div. Rules, 2d Dept., rule 12.— [REP.

Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.